| AO-10 (w)<br>Rev. 1/98 | **FINANCIAL DISCLOSURE REPORT**<br>Nomination Report | *Report Required by the Ethics*<br>*Reform Act of 1989, Pub L No.*<br>*101-194, November 30, 1989*<br>*(5 U.S.C. App. 4 , Sec. 101-112)* |

| 1. Person Reporting    *(Last name, first, middle initial)*<br><br>Martin, Beverly B. | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>03/30/2000 |
|---|---|---|
| 4. Title    *(Article III judges indicate active or*<br>*senior status; magistrate judges indicate*<br>*full- or part-time)*<br><br>U.S. District Judge - Nominee | 5. Report Type (check type)<br><br>X  Nomination, Date   03/27/2000<br><br>___ Initial    ___ Annual    ___ Final | 6. Reporting Period<br><br>01/01/1999<br>to<br>03/30/2000 |
| 7. Chambers or Office Address<br><br>Office of the U.S. Attorney<br><br>433 Cherry Street<br><br>Macon, GA  31201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____   Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS    *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ **NONE** (No reportable positions.) | |
| 1 | Director | Macon State College Foundation |
| 2 | Director | Lone Star Corporation (closely held family corporation) |
| 3 | | |

## II. AGREEMENTS    *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ **NONE** (No reportable agreements.) | |
| 1 | 1990 | State of Georgia Deferred Compensation Plan |
| 2 | 1990 | Lone Star Corporation Board of Directors |
| 3 | 1994 | United States Government Employee Thrift Savings Plan |

## III. NON-INVESTMENT INCOME    *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| | ☒ **NONE** (No reportable non-investment income.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

\* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Beverly B. | 03/30/2000 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Bank of America account | A | Interest | J | T | | | | | |
| 2 Bank of America Account #2 | B | Interest | L | T | | | | | |
| 3 Bank of America Account #3 | A | Interest | J | T | | | | | |
| 4 100 shares of Abbott Laboratories | A | Dividend | J | T | | | | | |
| 5 50 shares of ADC Telecommunications | | None | J | T | | | | | |
| 6 150 shares A D C Telecommunications | A | None | J | T | | | | | |
| 7 200 shares Albertsons Inc. | A | Dividend | | | | | | | |
| 8 5,168.727 shares Alliance Fund | C | Distribution | K | T | | | | | |
| 9 100 shares American Home Products | A | Dividend | | | | | | | |
| 10 143 shares American International Group | A | Dividend | J | T | | | | | |
| 11 100 shares Amgen Inc. | C | Distribution | | | | | | | |
| 12 200 shares Amgen Inc. | A | None | J | T | | | | | |
| 13 100 shares Anheuser Busch Co. Inc. | A | Dividend | J | T | | | | | |
| 14 100 shares Applied Materials Inc. | | None | K | T | | | | | |
| 15 50 shares of Applied Materials | | None | J | T | | | | | |
| 16 112 shares of A T & T Corporation | A | Dividend | J | T | | | | | |
| 17 100 shares of Avnet, Inc. | A | Dividend | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Martin, Beverly B. | 03/30/2000 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 96 shares of Bank of America Corp. | A | Dividend | J | T | | | | | |
| 19 110 shares of Banc One | | None | | | | | | | |
| 20 75 shares Bestfoods, Inc. | | None | J | T | | | | | |
| 21 100 shares Bristol-Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 22 100 shares Cardinal Health, Inc. | A | None | J | T | | | | | |
| 23 212 shares Centurytel, Inc. | A | Dividend | J | T | | | | | |
| 24 78 shares Charter One Financial | A | Dividend | J | T | | | | | |
| 25 205 shares Charter One Financial | A | Dividend | J | T | | | | | |
| 26 75 shares Cisco Systems | C | Distribution | | | | | | | |
| 27 200 shares Cisco Systmes, Inc. | | None | K | T | | | | | |
| 28 236 shares of Coca Cola | A | Dividend | K | T | | | | | |
| 29 207 shares of Coca Cola Co. | C | Distribution | | | | | | | |
| 30 150 shares of Computer Association International, Inc. | A | Dividend | J | T | | | | | |
| 31 50 shares of Compaq Computer Corp. | A | Dividend | | | | | | | |
| 32 50 shares of Compaq Computer Corporation | A | Dividend | | | | | | | |
| 33 100 Shares Dayton-Hudson Corp. (now Target Corp.) | A | Dividend | | | | | | | |
| 34 325 shares Dell Computer Corp. | | None | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,000-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35  100 shares Deere & Co. | A | Dividend | | | | | | | |
| 36  125 shares Disney Walt Holding | A | Dividend | J | T | | | | | |
| 37  50 shares Disney Walt Holding Co. | A | Dividend | J | T | | | | | |
| 38  100 shares Ecolab, Inc. | | None | J | T | | | | | |
| 39  225 shares of Equifax | A | Dividend | J | T | | | | | |
| 40  100 shares of Equifax Inc. | A | Dividend | J | T | | | | | |
| 41  100 shares of Equifax, Inc. | A | Dividend | | | | | | | |
| 42  99 shares of Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 43  75 shares of Federal National Mortgage Ass. | A | Dividend | J | T | | | | | |
| 44  100 shares Feder National Mortgage Assoc. | A | Dividend | J | T | | | | | |
| 45  100 shares First Union Corp. | A | Dividend | | | | | | | |
| 46  75 shares General Electric Co. | A | Dividend | J | T | | | | | |
| 47  175 shares of Genuine Parts Co. | A | Dividend | | | | | | | |
| 48  100 shares Gillette Co. | A | Dividend | | | | | | | |
| 49  100 shares of Halliburton Holding Co. | | None | J | T | | | | | |
| 50  100 shares Harris Corporation | A | Dividend | | | | | | | |
| 51  50 shares Hewlett-Pachard Co. | B | Distribution | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52  100 shares of Hewlett-Packard Co. | C | Distribution | | | | | | | |
| 53  150 shares of Home Depot, Inc. | A | Dividend | J | T | | | | | |
| 54  50 shares of Honeywell Incorporated | B | Distribution | | | | | | | |
| 55  100 shares Intel Copr. | A | Dividend | J | T | | | | | |
| 56  150 shares Jefferson-Pilot | A | Dividend | J | T | | | | | |
| 57  100 shares Johnson & Johnson | A | Dividend | J | T | | | | | |
| 58  J. M.& Star | B | Rent | J | W | | | | | |
| 59  50 shares of Kimberly-Clark Corp. | A | Dividend | J | T | | | | | |
| 60  100 shares Kimberly-Clark Corp. | A | Dividend | J | T | | | | | |
| 61  113 shares Lone Star Corp. | | None | M | W | | | | | |
| 62  50 shares Lowes Companies, Inc. | A | Distribution | | | | | | | |
| 63  100 shares Lucent Technologies, Inc. | B | Distribution | | | | | | | |
| 64  400 shares of MBNA | A | Dividend | J | T | | | | | |
| 65  100 shares of MBNA Corporation | A | Distribution | | | | | | | |
| 66  150 shares of MBNA | B | Distribution | | | | | | | |
| 67  150 shares of Medtronic Inc. | A | Dividend | J | T | | | | | |
| 68  100 shares Merck & Co. Inc. | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Beverly B. | 03/30/2000 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69  50 shares Microsoft | | None | J | T | | | | | |
| 70  100 shares Morgan J.P. & Co. Inc. | A | Dividend | J | T | | | | | |
| 71  200 shares Newell Rubbermaid Inc. | A | Dividend | | | | | | | |
| 72  150 shares of Nucor | B | Distribution | | | | | | | |
| 73  250 shares of Oakwood Homes, Inc. | A | Dividend | | | | | | | |
| 74  300 shares Oracle Corporation | | None | K | T | | | | | |
| 75  50 shares Oracle Corporation | B | Distribution | | | | | | | |
| 76  50 shares Paccar Inc. | A | Dividend | J | T | | | | | |
| 77  50 shares Paccar, Inc. | A | Dividend | J | T | | | | | |
| 78  275 shares Pepsico Inc. | A | Dividend | J | T | | | | | |
| 79  100 shares Pepsico Inc. | A | Dividend | J | T | | | | | |
| 80  125 shares Pfizer Inc. | A | None | J | T | | | | | |
| 81  150 shares Pharmacia & Upjohn | A | Distribution . | | | | | | | |
| 82  400 shares Phillip Morris Co. Inc. | A | Dividend | | | | | | | |
| 83  100 shares Potash Corp Sask Inc. | B | Distribution | | | | | | | |
| 84  100 shares PPG Industries Inc. | A | Distribution | | | | | | | |
| 85  100 shares Procter & Gamble Co. | A | Dividend | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Martin, Beverly B. | 03/30/2000 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 50 shares Raytheon Co. New | A | Dividend | | | | | | | |
| 87 100 shares Regions Financial Corp. | A | Dividend | | | | | | | |
| 88 225 Repsol S A ADR | A | Dividend | J | T | | | | | |
| 89 300 shares Ross Stores, Inc. | A | Dividend | J | T | | | | | |
| 90 100 Rowe T. Price Assoc. Inc. | | None | J | T | | | | | |
| 91 100 Royal Dutch | A | Dividend | J | T | | | | | |
| 92 125 shares S B C Communications Inc. | | None | J | T | | | | | |
| 93 100 shares Schering Plough Corp. | A | Dividend | J | T | | | | | |
| 94 100 shares Schlumberger | A | Dividend | J | T | | | | | |
| 95 Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 96 Schwab Money Market Fund(IRA) | A | Dividend | J | T | | | | | |
| 97 Schwab Value Advantage | B | Dividend | J | T | | | | | |
| 98 125 shares Shared Medical Sys Corp. | A | Dividend | | | | | | | |
| 99 125 shares Southtrust Corp. | A | Dividend | J | T | | | | | |
| 100 50 shares State Street Corp. | A | Dividend | J | T | | | | | |
| 101 50 shares State Street Corp. | A | Dividend | | | | | | | |
| 102 75 shares State Street Corp. | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103  50 shares Sun Microsystems | | None | J | T | | | | | |
| 104  100 shares Sun Microsystems | | None | J | T | | | | | |
| 105  250 shares Sysco Corp | A | Dividend | J | T | | | | | |
| 106  100 shares Target Corp. | | None | J | T | | | | | |
| 107  100 shares TCA Cable TV Inc. | B | Distribution | | | | | | | |
| 108  125 shares Valspar Corp. | A | Distribution | | | | | | | |
| 109  125 Vodafone Airtouch ADR F | A | None | J | T | | | | | |
| 110  150 shares Vulcan Materials Company | A | Distribution | | | | | | | |
| 111  175 shares Vulcan Materials Co. | A | Dividend | J | T | | | | | |
| 112  150 shares Walgreen Co. | A | Dividend | J | T | | | | | |
| 113  150 shares Watson Pharmaceuticals | | None | J | T | | | | | |
| 114  175 shares Watson Pharmaceuticals | | None | J | T | | | | | |
| 115 | | | | | | | | | |
| 116 | | | | | | | | | |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martin, Beverly B. | 03/30/2000 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Beverly B. Martin_    Date _3/30/2000_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets
(including bank accounts, real estate, securities, trusts, investments, and other financial holdings)
all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your
spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 60 | 000 | 00 | Notes payable to banks-secured | | | 00 |
| U.S. Government securities -- add schedule | | | 00 | Notes payable to banks-unsecured | | | 00 |
| Listed securities -- add schedule (Schedule A) | 438 | 530 | 43 | Notes payable to relatives | | | 00 |
| Unlisted securities -- add schedule (Schedule B) | 139 | 000 | 00 | Notes payable to others | | | 00 |
| Accounts and notes receivable: | | | 00 | Accounts and bills due (current only) | | | 00 |
|   Due from relatives and friends | | | 00 | Unpaid income tax | | | 00 |
|   Due from others | | | 00 | Other unpaid tax and interest | | | 00 |
|   Doubtful | | | | Real estate mortgages payable -- add schedule | | | 00 |
| Real estate owned -- add schedule (Schedule C) | 135 | 500 | 00 | Chattel mortgages and other liens payable | | | 00 |
| Real estate mortgages receivable | | | 00 | Other debts -- itemize: | | | 00 |
| Autos and other personal property (Schedule D) | 5 | 000 | 00 | | | | |
| Cash value -- life insurance | | | 00 | | | | |
| Other assets -- itemize: | | | | | | | |
| Schedule E: Individual Retirement Account | 67 | 145 | 96 | | | | |
| Schedule F: Thrift Savings Account | 116 | 471 | 38 | | | | |
| Schedule G: GA Deferred Comp. Plan | 128 | 430 | 86 | Total liabilities | | | 00 |
| | | | | Net Worth | 1,090 | 078 | 63 |
| Total Assets | 1,090 | 078 | 63 | Total liabilities and net worth | 1,090 | 078 | 63 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | 00 | Are any assets pledged? (Add schedule.) | | No | |
| On leases or contracts | | | 00 | Are you defendant in any suits or legal actions? | | No | |
| Legal Claims | | | 00 | Have you ever taken bankruptcy? | | No | |
| Provisions for Federal Income Tax | | | 00 | | | | |
| Other specific debt | | | 00 | | | | |